Joseph PAIT, Plaintiff–Appellee,

v.

CITY OF ALBANY, GEORGIA, James Arrowood, Individually and in his official capacity as Chief of City of Albany Fire Department, James Carswell, Individually and in his official capacity as Deputy Fire Chief of City of Albany Fire Department, Defendants–Appellants.

No. 04–14803

Non–Argument Calendar.

D.C. Docket No. 04–00044–CV–WLS–1–2.

United States Court of Appeals, Eleventh Circuit.

Aug. 24, 2005.

Richard M. Escoffery, Richard M. Escoffery, John Lewis Sapp, Elarbee, Thompson Sapp & Wilson LLP, Atlanta, GA, for Defendants–Appellants.

Maurice Luther King, Jr., The Law Offices of Maurice Luther King, P.C., Albany, GA, for Plaintiff–Appellee.

Before HULL, WILSON and GODBOLD, Circuit Judges.

PER CURIAM:

After reviewing the district court's complete and detailed order, we find this appeal without merit.

AFFIRMED.

Lisa B. HOGAN, Plaintiff–Appellant,

v.

BELLSOUTH CORPORATION, Georgia corporation, Bellsouth Telecommunications, Inc., Georgia corporation, Defendants–Appellees.

No. 04–14475.

D.C. Docket No. 01–01322–CV–RWS–1.

United States Court of Appeals, Eleventh Circuit.

Aug. 24, 2005.

Edmund J. Novotny, Jr., Office of Edmund J. Novotny, Charles Ronald Bridgers, Delong Caldwell Novotny & Bridgers, Atlanta, GA, for Plaintiff–Appellant.

Robert K. Haderlein, James H. Coil, III, Kilpatrick & Stockton, LLP, Atlanta, GA, for Defendants–Appellees.

Before BIRCH, CARNES and FAY, Circuit Judges.

PER CURIAM:

We affirm the judgment in this case on the basis of the thorough and well-reasoned discussion of the issues in the January 28, 2004 Report and Recommendation of United States Magistrate Judge Gerrilyn Brill, as adopted and supplemented by the July 29, 2004 order of United States District Court Judge Richard W. Story.